In the Matter of JOHN B. LORD, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Appellant.

*Matter of Lord*, 154 App. Div. 949, appeal dismissed.

(Argued January 5, 1914; decided January 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

January 24, 1913, which denied a motion that the court take action upon charges of professional misconduct preferred by the Brooklyn Bar Association against an attorney.

*Mortimer W. Byers* for appellant.

*William Murray* and *Edward J. Byrne* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ. Absent: WERNER, J.